IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATHANIEL BROOKS, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LAURA WALKER | : | NO. 14-7383 |

### ORDER

AND NOW, this 4 day of March, 2015, upon consideration of plaintiff's amended complaint (Document No. 13), it is ORDERED that:

1. The amended complaint is DISMISSED with prejudice for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's Memorandum.

2. The Clerk of Court shall CLOSE this case.

BY THE COURT:

/s/ T. N. O'Neill
THOMAS N. O'NEILL, JR., J.